IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ERNEST SANDERS, Register No. 522166, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-4058-CV-C-SOW |
| ) | |
| DAVE DORMIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 8, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's claims regarding defamation and denial of a job be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. Judge Knox further recommended that plaintiff's request for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 14, 2008, is adopted. [6] It is further

ORDERED that plaintiff's claims regarding defamation and denial of a job are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. It is further

ORDERED that plaintiff's request for preliminary injunctive relief is denied. [3]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: July 30, 2008